UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARA M.,[1]<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN J. O'MALLEY,[2]<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 23-04433-AB (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, the Commissioner of Social Security, is hereby substituted as the defendant.

1  ///
2  ///
3      IT IS ORDERED that the decision of the Commissioner of Social Security is
4  REVERSED and REMANDED.
5
6
7  DATED: February 23, 2024          _____
8                                        ANDRÉ BIROTTE JR.
                                      UNITED STATES DISTRICT JUDGE